# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
### PINE BLUFF DIVISION

**WILBERT JOHNSON**                                                                  **PETITIONER**
**ADC #78539**

**VS.**           **CASE NO.: 5:11CV00237 BD**

**RAY HOBBS, Director,**                                                              **RESPONDENT**
**Arkansas Department of Correction**

## JUDGMENT

In accordance with the Court's Order entered this date, judgment is hereby entered dismissing this 28 U.S.C. § 2254 petition for writ of habeas corpus with prejudice.

IT IS SO ORDERED this 6th day of December, 2011.

_____
UNITED STATES MAGISTRATE JUDGE